No. 1353, Misc.  TRIBBLE *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.  *Solicitor General Griswold, Acting Assistant Attorney General Kossack, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States.

No. 1356, Misc.  CRAWFORD *v.* RUSSELL, WARDEN. C. A. 6th Cir.  Certiorari denied.

No. 1357, Misc.  BRAVO *v.* CRAVEN, WARDEN.  Sup. Ct. Cal.  Certiorari denied.

No. 1358, Misc.  BYNUM *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.  *Solicitor General Griswold, Acting Assistant Attorney General Kossack,* and *Beatrice Rosenberg* for the United States.

No. 1359, Misc.  GERBERDING *v.* MINNESOTA.  Sup. Ct. Minn.  Certiorari denied.

No. 1360, Misc.  HAYS *v.* PROCUNIER, CORRECTIONS DIRECTOR.  C. A. 9th Cir.  Certiorari denied.

No. 1364, Misc.  HANDLEY *v.* PAGE, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 1375, Misc.  MEEKINS *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied. *Joseph Calderon* for petitioner.  *Frank S. Hogan* and *Michael R. Juviler* for respondent.

No. 1376, Misc.  GAINES *v.* CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.